**No. 43983.**—Protests 220988–G, etc., of American Express Co. et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JUNE 20, 1940

**No. 43984.**—Protests 628377–G, etc., of Atkinson, Haserick & Co. et al. (Boston and New York).

Opinion by EVANS, J. From the testimony it was found that the length of the staple was determined according to the method as outlined in *United States* v. *General Rubber Co.* (22 C. C. P. A. 308, T. D. 47350). The claim for free entry under paragraph 1662 was sustained as to certain bales.

**No. 43985.**—Protest 919820–G of Crosse & Blackwell, Inc. (Baltimore).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protest was dismissed.

**No. 43986.**—Petition 5899–R of Lloyd's Register of Shipping (New Orleans).

Opinion by EVANS, J. From the testimony it was found that the importer acted in good faith. The petition was therefore granted.

**No. 43987.**—Petition 5806–R of General Dyestuff Corp. (New York).

Opinion by EVANS, J. It appeared that in entering into a stipulation as to the value of the commodities the importer omitted to make a deduction of a certain item which section 402 (g), Tariff Act of 1930, authorized to be deducted in arriving at American selling price. It was found that there was no intention to defraud the revenue or to conceal or misrepresent the facts. The petition was therefore granted. *General Dyestuff Corp.* v. *United States* (3 Cust. Ct. 304, C. D. 261) cited.

**No. 43988.**—Petition 5824–R of Royal Fruit Co. (New York).

Opinion by EVANS, J. The record not disclosing any basis for relief the petition was denied. *Gresham* v. *United States* (27 C. C. P. A. 106, C. A. D. 70) cited.